UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.  Case No.: 8:18-cr-424-T-02TGW

**HUMBERTO ANGULO-MERO**
_____ /

## SENTENCING MEMORANDUM

COMES NOW, the Defendant, HUMBERTO ANGULO-MERO, by and through his undersigned attorney, and hereby files this Sentencing Memorandum, in which he asks this Honorable Court to impose a sentence that is "sufficient, but not greater than necessary" to achieve the purposes of sentencing, pursuant to 18 U.S.C. § 3553(a). As grounds in support hereof, Mr. Angulo-Mero states:

### Background

Mr. Angulo-Mero was born in the village of Anconcito, Ecuador, on June 6, 1988. PSR ¶ 40. Mr. Angulo-Mero grew up in extreme poverty. PSR ¶ 41. His parents were unable to make enough money to feed the family. *Id.* When he was only eight years old he began to work when his father was injured to help feed the family. PSR ¶ 42. He only completed his education up to the 8th grade, leaving to help financially support his family. PSR ¶ 52. His parents remain together but

both are ill and unable to work. PSR ¶ 40. In spite of the hardships, the family remains close-knit. PSR ¶ 43.

Mr. Angulo-Mero married his common-law wife several years ago. PSR ¶ 44. He had four children who are all under the age of eighteen. *Id*. His wife stayed home with the children. *Id*. He misses his family very much, and knows that they are suffering because of his poor choices.

**Procedural History and Guideline Calculations**

Mr. Angulo-Mero is charged in the instant case with Conspiracy to Possess with the Intent to Distribute, and to Distribute, Five Kilograms or More of Cocaine While on Board a Vessel Subject to the Jurisdiction of the United States, in violation of 46 U.S.C. §§ 70503(a), 70506(a) and (b), and 21 U.S.C. § 960(b)(1)(B)(ii). Mr. Angulo-Mero plead guilty pursuant to a written plea agreement, this Court accepted the plea and adjudicated him guilty. The probation officer correctly calculated Mr. Angulo-Mero's advisory guideline range. PSR ¶¶20-30. With a total offense level of 35, and a criminal history category I, Mr. Angulo-Mero's guideline imprisonment range is 168 months – 210 months. PSR ¶56.

## Memorandum of Law

The defense would submit that an analysis of the 18 U.S.C. § 3553(a) factors support a finding that the advisory guideline imprisonment range in Mr. Angulo-Mero's case is greater than necessary to accomplish the purposes of sentencing and that a variance in Mr. Angulo-Mero's case would be appropriate.

**The Nature and Circumstances of the Offense and the History and Characteristics of Mr. Angulo-Mero [18 U.S.C. § 3553(a)(1)].**

The history and characteristics of Mr. Angulo-Mero as well as the facts and circumstances of this case would justify a variance. Since he was a child, he fished for a living. PSR ¶ 53. Despite around the clock work, he usually earned an average of $12.00 a day, and was the sole provider for his family. *Id*. When he did not catch fish, he came back and worked as general labor, earning $10.00 for a full day of work. Id. Mr. Angulo-Mero is a hard worker, and a fixture in his commuity. See Exh. A. When counsel's office contacted his family at home, they advised they asked community members and people he knew if they would be willing to sign in a document in support of Mr. Mero. The document read [translated]:

> HUMBERTO EMIGDIO ANGULO MERO, WITH CITIZEN ID. NO. XXXXXXXXX-X IS AN ARTISAN FISHERMAN IS KNOWN AS AN HONEST, RESPECTABLE PERSON DESERVING OUR TRUST, HE IS EFFICIENT, DUTIFUL, WHO STRUGGLES AND IS RESPONSIBLE IN ALL TASKS THAT ARE ASSIGNED, FOR THIS

REASON HE HAS EARNED OUR TRUST, RESPECT AND CREDIBILITY. Exhibit A.

Eighty-eight (88) members of his community attached their name, citizen ID and signature to the statement. *Id*.

He worked his entire life, beginning at the age of eight. PSR ¶ 42. Despite his best efforts, his family slid deeper and deeper into poverty. But they all were able to keep their head above water until a mudslide destroyed his home. Mr. Angulo-Mero's home was virtually unrecognizable and completely destroyed. The drug cartels exploited his great need, preying on those who had lost everything. As evidenced by the testament to him by the community, the trip was out of character and he regrets it immensely. He regretted agreeing even then – when he arrived to take the trip ad saw the rickety boat filled up with drugs, he had second thoughts. His reluctance was met with threats and a loaded gun. He continues to know what he did was wrong, and is hurting his family. He remains incredibly remorseful.

Mr. Angulo-Mero regrets making the decision to take the trip, but was motivated by the amount money being offered, and his desire to help his family and rebuild their home. Unfortunately, the decision to help his family is ultimately what will keep him away from his family. Given the unique history

and characteristics of Mr. Angulo-Mero, and the instant offense, a sentence lower than the recommended guideline imprisonment range would be justified.

**To Reflect the Seriousness of the Offense, to Promote Respect for the Law, and to Provide Just Punishment for the Offense [18 U.S.C. §3553(a)(2)(A)]**

Mr. Angulo-Mero understands the seriousness of his conduct and is remorseful for having committed this offense. Mr. Angulo-Mero accepts that he must be punished; however, he believes that his life and circumstances are factors this Court should consider in fashioning an adequate and just punishment. Mr. Angulo-Mero's lack of criminal history and his cooperation with law enforcement warrants a just and reasonable sentence below the recommended guideline range.

Mr. Angulo-Mero is already thinking about ways he can make a better life for himself and his family. If he is sentenced to a prison term in the Bureau of Prisons, he hopes to learn to speak and write English, continue his education, and obtain vocational training to improve his chances of success once he is returned to his country. For Mr. Angulo-Mero, the punitive purpose of sentencing would be served by a sentence of approximately seven to eight years. Following the incarceration with five year of supervised release will also act as a deterrent. Mr. Angulo-Mero longs to return to his family and to see his children again.

## Conclusion

WHEREFORE, the Defendant, HUMBERTO ANGULO-MERO, respectfully moves this Court, based upon consideration of the factors enumerated in 18 U.S.C. § 3553(a) as well as further grounds to be argued at sentencing, to impose a sentence "sufficient but not greater than necessary" to achieve the purposes of sentencing.

DATED this 27th day of June, 2019.

Respectfully submitted,

DONNA LEE ELM
FEDERAL DEFENDER

*/s/ Nicole Hardin*
Nicole Valdes Hardin
Florida Bar No.0026194
Assistant Federal Defender
400 North Tampa St, Suite 2700
Tampa, Florida 33602
Telephone: 813-228-2715
Fax:         813-228-2562
Email:   Nicole_Hardin@fd.org

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of June, 2019, a true and correct copy of the foregoing was furnished by using the CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing to:

AUSA Nicholas DeRenzo

*/s/ Nicole Hardin*
Nicole V. Hardin
Assistant Federal Defender

# EXHIBIT A



**FIRMAS DE RESPALDO**

**HUMBERTO EMIGDIO ANGULO MERO** CON CEDULA N. ███████ UNPESCADOR ARTESANAL, DONDE A DADO A CONOCER COMO UNA PERSONA HONRADA, RESPETUOSA, DIGNO DE CONFIANZA, EFICIENTE, CUMPLIDOR, LUCHADOR Y RESPONSABLE DE TODAS SUS TAREAS QUE SE LE ENCOMIENDAN, RAZON POR LA CUAL SE HA HECHO ACREEDOR DR NUESTRA CONFIANZA, RESPETO Y CREDIBILIDAD.

| N. | NOMBRES Y APELLIDOS | C.I | FIRMA |
|---|---|---|---|
| | Gilson Ulices Chiquito Villa | ███ | *firma* |
| | Jenny Elizabeth Orrala Villa | ███ | *firma* |
| | Yuri Jamilet Gómez Reyes | ███ | *firma* |
| | Raul William Baquerizo Panales | ███ | *firma* |
| | Helen Maite Baquerizo Vera | ███ | *firma* |
| | Manuel Mero Espinoza | ███ | *firma* |
| | Meorleno Muñoz Zambrano | ███ | *firma* |
| | Josue Salomon Mero Muñoz | ███ | *firma* |
| | Mero Muñoz Manuel Moises | ███ | *firma* |
| | Sudario Zambrano Serafino | ███ | *huella* |
| | Alvarez Loor Maximo Daniel | ███ | *firma* |
| | Erlinda Rivera Castillo | ███ | *firma* |
| | Alexander Tomala Pozo | ███ | *firma* |
| | Daniela Silvana Cedeño Rivera | ███ | *firma* |
| | Glady Tomala B | ███ | *firma* |
| | Felix Panchana Pita | ███ | *firma* |
| | Jose Mauricio A. | ███ | *firma* |
| | Paulo Emilio Anchundia | ███ | *firma* |
| | Nilda Choéz | ███ | *firma* |
| | Sandra Borbor Piguave | ███ | *firma* |
| | Pedro Anchundia | ███ | *firma* |
| | Francisca Borbor SJ | ███ | *firma* |
| | Justino E. Piguave S. | ███ | *firma* |
| | Mario Borbor Piguave | ███ | *firma* |
| | Mayra M. Pita Santos | ███ | *firma* |

## FIRMAS DE RESPALDO

**HUMBERTO EMIGDIO ANGULO MERO** CON CEDULA N. [redacted] UNPESCADOR ARTESANAL, DONDE A DADO A CONOCER COMO UNA PERSONA HONRADA, RESPETUOSA, DIGNO DE CONFIANZA, EFICIENTE, CUMPLIDOR, LUCHADOR Y RESPONSABLE DE TODAS SUS TAREAS QUE SE LE ENCOMIENDAN, RAZON POR LA CUAL SE HA HECHO ACREEDOR DR NUESTRA CONFIANZA, RESPETO Y CREDIBILIDAD.

| N. | NOMBRES Y APELLIDOS | C.I | FIRMA |
|---|---|---|---|
| | Denisse Noemi Santos Tomalá | [redacted] | Denisse Santos |
| | Sofia Imelda Toapanta Cholango | [redacted] | Sofia Toapanta |
| | Alberto Lino | -3 | Alberto Lino |
| | Manuel Borbor P. | | Manuel Borbor P. |
| | Joel Rojas Gonzabay | [redacted] | Joel Rojas |
| | Pedro Vera Tomalá | [redacted] | Pedro Vera |
| | Segundo Quimi C. | [redacted] | Segundo Quimi |
| | Yober Oliver Flores Pozo | [redacted] | |
| | Mario Quimi | [redacted] | Mario Quimi |
| | Carlos Luis Tomalá Pozo | [redacted] | |
| | Flavio Prudente Dominguez | [redacted] | Flavio Prudente |
| | Italo Cesar Quimi Currosco | [redacted] | Cesar Quimi |
| | Victor Hugo Tomalá Pozo | [redacted] | Victor Hugo Tomalá |
| | Katherine Tomalá Pilay | [redacted] | Katherine Tomalá P. |
| | Hilda Pilay Pilay | [redacted] | Hilda Pilay |
| | Danny Yagual Suárez | [redacted] | |
| | Jazmin Clemente Balón | [redacted] | Jazmin Clemente |
| | Pablo Bailón Gonzalez | [redacted] | Pablo Gregorio Bailón G |
| | Pablo Santos Piguave | [redacted] | Pablo Santos Piguave |
| | Maria Piguave Tomalá | [redacted] | Maria Piguave Tomalá |
| | Ramon Marios | [redacted] | Ramon Marios |
| | Diana Gonzabay Santos | [redacted] | Diana Gonzabay S. |
| | Pablo Piguave Tomalá | [redacted] | Pablo Piguave Tomalá |
| | Henery Gonzaly Pozo | [redacted] | Henery Gonzaly Pozo |



**FIRMAS DE RESPALDO**

**HUMBERTO EMIGDIO ANGULO MERO** CON CEDULA N. ███████████ UN PESCADOR ARTESANAL, DONDE A DADO A CONOCER COMO UNA PERSONA HONRADA, RESPETUOSA, DIGNO DE CONFIANZA, EFICIENTE, CUMPLIDOR, LUCHADOR Y RESPONSABLE DE TODAS SUS TAREAS QUE SE LE ENCOMIENDAN, RAZON POR LA CUAL SE HA HECHO ACREEDOR DR NUESTRA CONFIANZA, RESPETO Y CREDIBILIDAD.

| N. | NOMBRES Y APELLIDOS | C.I | FIRMA |
|---|---|---|---|
| | Mirian Ramirez Rosales | ███████ | Mirian Ramirez R |
| | Edmundo Javier reyes C | ███████ | *firma* |
| | Marco Miguel Alonzo | ███████ | *firma* |
| | Silvia Reyes Panchana | ███████ | Silvia Reyes P |
| | Christian Borbor Santos | ███████ | Christian Borbor S |
| | Jandri Eduardo Peñafiel Rezabala | ███████ | *firma* |
| | Cesar Josela Castañeda | | Cesar Josela |
| | Dany Chavez Indio | ███████ | Dany Chavez I |
| | Kleber Jonathan Merejildo Tomala | ███████ | *firma* |
| | Ronny Macias Cogerdo Zencet | ███████ | *firma* |
| | Iris Limones Suárez | ███████ | Iris Limones Suárez |
| | Eloy Reyes Suárez | ███████ | Elsy Reyes |
| | Annabel Clemente Lino | ███████ | Annabel Clemente L. |
| | Joselyn Sancan Pin | ███████ | Joselyn S.P |
| | Gustavo Morales Borbogo | ███████ | *firma* |
| | Nataly Carolina clemente Vera | ███████ | Nataly clemente |
| | Barbara Del Pozo | ███████ | Barbara Del Pozo |
| | Jairo Vera Suárez | ███████ | *firma* |
| | Jean Carlos Piguenve Cleés | ███████ | *firma* |
| | Lilibeth Marilyn Posligua Reyes | ███████ | Lilibeth Posligua |
| | Johnny Suárez Rodriguez | ███████ | *firma* |
| | Arturo Rodriguez Tigrero | ███████ | Artu R Rodrgo |
| | GEORGE VILLAGOMEZ T | ███████ | Gery Villyz |
| | Fabrido Pacubosa | ███████ | *firma* |
| | Lourdes Reyes Suárez | ███████ | *firma* |
| | Betsy Ameaga Santisteban | ███████ | *firma* |



**FIRMAS DE RESPALDO**

**HUMBERTO EMIGDIO ANGULO MERO** CON CEDULA N. ███████ UNPESCADOR ARTESANAL, DONDE A DADO A CONOCER COMO UNA PERSONA HONRADA, RESPETUOSA, DIGNO DE CONFIANZA, EFICIENTE, CUMPLIDOR, LUCHADOR Y RESPONSABLE DE TODAS SUS TAREAS QUE SE LE ENCOMIENDAN, RAZON POR LA CUAL SE HA HECHO ACREEDOR DR NUESTRA CONFIANZA, RESPETO Y CREDIBILIDAD.

| N. | NOMBRES Y APELLIDOS | C.I | FIRMA |
|---|---|---|---|
| | Ysabel Gonzóls | ███████ | *firma* |
| | Maria Quirumbay G. | ███████ | *firma* |
| | Wendy Malave Escobar | ███████ | Wendy M. |
| | Junior Moreira Sanchez | ███████ | *firma* |
| | Pablo Soárez | ███████ | Pablo Meiores |
| | Luz Catuto | ███████ | Luz M Catuto B |
| | Tanya Vera Tomalá | ███████ | Tanya vera Tomalá |
| | Jessica Parrago Reyes | ███████ | Jessico Parra |
| | Tannya Pin Choez | ███████ | Tannya Pin Ch. |
| | Luisa Aguayo Cruz | ███████ | *firma* |
| | Darío Muñoz Yanzo | ███████ | Darío Muñoz |
| | Alma Porras | ███████ | *firma* |
| | Ingrid Soriano | ███████ | Ingrid Soriano |

**Photo here**

## SUPPORT SIGNATURE

**HUMBERTO EMIGDIO ANGULO MERO,** WITH CITIZEN ID. NO. ███████ IS AN ARTISAN FISHERMAN IS KNOWN AS AN HONEST, RESPECTABLE PERSON DESERVING OUR TRUST, HE IS EFFICIENT, DUTIFUL, WHO STRUGGLES AND IS RESPONSIBLE IN ALL TASKS THAT ARE ASSIGNED, FOR THIS REASON HE HAS EARNED OUR TRUST, RESPECT AND CREDIBILITY.

Print: First Name and Last NamesC.I.Signature

TRANSLATED BY: Linda Rodriguez
Staff Interpreter for the Federal Defender's Office

Tampa Division
Date: March 8, 2019